Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*A. Isire*, for respondent.

No opinion.   Motion granted, and judgment affirmed, with costs.

---

JAMES S. VIRTUE & Co., Limited, Respondent, *v.* BEACHAM, Appellant.

*(Common Pleas of New York City and County, General Term.* March 7, 1892.)

Appeal from city court, general term.

Action by James S. Virtue & Co., Limited, against John Beacham.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*P. Q. Eckerson*, for appellant.   *P. Tecumseh Sherman*, for respondent.

No opinion.   Judgment affirmed, with costs.   See 17 N. Y. Supp. 450.

---

GRAY *et al.*, Appellants, *v.* WAKEMAN, Respondent.

*(Common Pleas of New York City and County, General Term.* March 8, 1892.)

Appeal from city court, general term.

Action by William Gray and another against Abram Wakeman.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*W. J. Lardner*, for appellants.   *Warner & Frayer*, for respondent.

No opinion.   Judgment affirmed, with costs.

---

EAST RIVER ELECTRIC LIGHT Co., Respondent, *v.* CLARK, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1892.)

Appeal from city court, general term.

Action by the East River Electric Light Company against Francis A. Clark.   For decision on appeal from judgment dismissing complaint, see 18 N. Y. Supp. 463.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*S. Lobenthal*, for appellant.   *Wm. H. Kelly*, for respondent.

No opinion.   Judgment affirmed, with costs.

---

SIMON, Respondent, *v.* SCHEUER, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1892.)

Appeal from fourth district court.

Action by Ida Simon against Simon Scheuer.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*M. D. Quitman*, for appellant.   *S. Hoffman*, for respondent.

No opinion.   Judgment affirmed, with costs.

---

STEINHAUSEN, Respondent, *v.* MASON, Appellant.

*(Common Pleas of New York City and County, General Term.* March 10, 1892.)

Appeal from special term.

Action by Henry W. Steinhausen, as assignee, etc., against John Mason.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

*F. Bien*, for appellant.   *A. Kling*, for respondent.

No opinion.   Order affirmed, with costs.

---

DARLING, Respondent, *v.* ROWAN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 11, 1892.)

Appeal from sixth district court.

Action by William Darling against John Rowan.